[No. 6543-0-III. Division Three. August 26, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. HOWARD
LEWIS SCOTT, *Appellant.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 83-1-00745-4, Thomas E. Merryman, J.,
entered May 21, 1984. *Reversed* by unpublished opinion
per Thompson, J., concurred in by McInturff, A.C.J., and
Reed, J.

[No. 7783-3-II. Division Two. August 26, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ROGER
A. ROGERS, *Appellant.*

Appeal from a judgment of the Superior Court for Clal-
lam County, No. 6559, Gary W. Velie, J., entered April 20,
1984. *Reversed* by unpublished opinion per Alexander, J.,
concurred in by Worswick, C.J., and Reed, J.

[No. 7735-3-II. Division Two. August 26, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v.
MARK TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 83-1-01998-4, Thomas R. Sauriol, J., entered
February 28, 1984. *Affirmed* by unpublished opinion per
Alexander, J., concurred in by Worswick, C.J., and Reed, J.